**File Hashes for IP Address 69.116.16.159**

**ISP:** Optimum Online
**Physical Location:** Bridgewater, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/15/2014 13:23:23 | 5C5754B5C8331B230119E97332848690BD0EB76F | Our Little Cum Cottage |
| 12/15/2014 13:11:59 | A7655F94C8A103E73DC6552897CCF623A3E88D7D | Lovers Way |
| 12/15/2014 12:54:11 | 777247FB71CD95A57ACF1909D6ED8D2AE7CE76A9 | Blonde Perfection |
| 12/11/2014 14:15:18 | 902E9D75136D83CA637A903664FF3052FFCF348D | Sneak N Peek |
| 11/21/2014 12:59:59 | 549DD0D15D5335D60A0553E25AD2FCE571616F16 | Model Couple on Vacation |
| 11/21/2014 12:56:14 | D290D03ADF13ECA2AE0A1FA2416EABBB8F1A3AB8 | Bohemian Rhapsody |
| 11/21/2014 12:54:22 | 53F21F1D3471052DBF6F878F4E339C9FA725CA9D | Model Couple |
| 11/21/2014 12:50:32 | 6B534D9734BE61DE03586B41D188594BBBB3B425 | Summertime |
| 11/09/2014 20:35:09 | B945D54B43236C9057FF3B99D48284D370003192 | Ready for Love |
| 10/18/2014 22:27:16 | D5C3F039D594C4F26B421A2C907485816056C1D6 | Body Language |
| 10/10/2014 13:20:57 | DD54541DD3CE9E43D2314BC8BCA659AB983DE330 | Sexy En Noir |
| 10/10/2014 13:12:34 | EEC31F894D71B7A7A68D815211EEF841652753AB | Taste Me |
| 06/21/2014 08:49:33 | 8373AF619CD811248AFE99516087ACF2F9739585 | Spontaneous |
| 05/24/2014 11:15:37 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 05/06/2014 12:19:49 | 7815BFBAE2FD5FF0504A674AD70D74FB07E46BFC | Playing Dress Up |
| 05/03/2014 23:39:44 | 6D49FF84A616C511D7546281E353CF1102501445 | Double Tease |
| 04/25/2014 21:51:53 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

CNJ277